COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-18-00947-CR |
| Style: | Karis Edward Starr v. The State of Texas |
| Date motion filed*: | May 28, 2019 |
| Type of motion: | State's Fourth Motion for Extension of Time Within Which to File Appellate Brief |
| Party filing motion: | Appellee, The State of Texas |
| Document to be filed: | Appellee's Brief |

Is appeal accelerated?        No.

If motion to extend time:

| | |
|---|---|
| Original due date: | February 25, 2019 |
| Number of extensions granted: | 3          Current Due Date:  May 28, 2019 |
| Date Requested: | June 25, 2019 (120 days from original deadline) |

Ordered that motion is:

☑ Granted

If document is to be filed, document due:  June 25, 2019.

☑ **No further extensions of time will be granted**.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

The Clerk of this Court's April 25, 2019 notice granted the State's third extension request to file its brief until May 28, 2019, but no warnings were given at that time. Because the State's fourth extension states that counsel has been delayed by other briefs as well as an out-of-town training, but he has started on the brief, this extension is **granted**, but counsel is warned that **no further extensions will be granted**. *See* TEX. R. APP. P. 10.5(b)(1)(C), 38.6(d).  Accordingly, if the State's brief is not filed by **June 25, 2019**, this Court may submit this case on appellant's brief only. *See* TEX. R. APP. P. 38.9(a).

Judge's signature: ___/s/ Laura C. Higley_____

                    x  Acting individually        ☐  Acting for the Court

Date: ___May 30, 2019_____